NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOHN CRAMER,**

*Petitioner*

**v.**

**DEPARTMENT OF JUSTICE,**

*Respondent*

---

2026-1404

---

Petition for review of a decision of the Bureau of Justice Assistance in PSOB Claim No. 2013-DIS-047.

---

**ON MOTION**

---

Before PROST, MAYER, and CUNNINGHAM, *Circuit Judges.*

PER CURIAM.

## O R D E R

John Cramer appeals from a December 22, 2025 decision of the Department of Justice's Bureau of Justice Assistance. The Department of Justice moves to dismiss or, alternatively, to remand, noting that on March 16, 2026, the Bureau purported to sua sponte rescind that

determination for purposes of reconsideration. Mr. Cramer does not oppose remand.

It is within this court's discretion to remand to allow the agency to reconsider its previous position. *See SKF USA Inc. v. United States*, 254 F.3d 1022, 1029 (Fed. Cir. 2001). Without drawing any conclusions regarding the merits of the parties' arguments, the court agrees that remand here could preserve party and judicial resources.

Accordingly,

IT IS ORDERED THAT:

(1) The Department's motion is granted to the extent that the case is remanded to the Bureau for further proceedings consistent with this order, the Department's motion, and the recission memorandum.

(2) Each side shall bear its own costs.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

June 29, 2026
Date